IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FRANKLIN WILLIAMS,                        )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )      CV 112-136
                                          )
RONNIE STRENGTH, Sheriff, and             )
CORRECT CARE SOLUTIONS, "Medical )
Staff,"                                   )
                                          )
            Defendants.                   )

---

## O R D E R

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 28th day of November, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA